UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 2:23-cv-02497-CKD |
| Plaintiff, | |
| v. | |
| MAHER AHMED NAGI d/b/a A & S SMOKE SHOP & VAPE, and MAHER AHMED NAGI, | **ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE ON DEFENDANT** |
| Defendants. | |

Upon consideration of the Plaintiff's Motion, it is hereby **ORDERED** and **ADJUDGED** that the Plaintiff's Motion for Extension of Time to Perfect Service Upon Defendant is **GRANTED**. The Plaintiff has 60 days from the date of this order to perfect service upon the Defendant.

Dated:  February 6, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,gsho.2497

1