UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 2:23-cv-02497-CKD |
| Plaintiff, | ORDER |
| v. | |
| MAHER AHMED NAGI D/B/A A&S SMOKE SHOP & VAPE, et al., | |
| Defendants. | |

Presently pending before the court is Plaintiff GS Holistic, LLC's motion for default judgment against Defendants Maher Ahmed d/b/a A&S Smoke Shop & Vape and Maher Ahmed Nagi, which was filed on August 6, 2024 and which is set for hearing for September 18, 2024. (ECF No. 16.)  Under Local Rule 230(c), Defendants were required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, i.e. August 20, 2024.  Although that deadline has passed, no opposition or statement of non-opposition was filed.

Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides Defendants one additional, final opportunity to oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 18, 2024 hearing on Plaintiff's motion for default judgment is

1

      VACATED. The court takes this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The court will reschedule a hearing at a future date, if necessary;

2. Any opposition by Defendants shall be filed no later than September 9, 2024, and the reply brief from plaintiff, if any, is due by September 16, 2024;

3. Defendants are cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against it; and

4. Plaintiff shall promptly serve a copy of this order on Defendants at their last-known address, and file a proof of service with the court.

Dated: August 26, 2024

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, gsho2497.23